IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

**OTR Engineered Solutions, Inc.**

   Plaintiff(s),

CIVIL ACTION FILE
NO. 4:24-cv-186-WMR

**Blacksmith OTR, LLC**

   Defendant(s).

## NOTICE OF HEARING

Notice is hereby given that the Court sets a hearing on the Motion to Dismiss or in the Alternative Motion to Consolidate [Doc 11] in this case for Wednesday, December 11, 2024 at 9:30 a.m. before the Honorable William M. Ray, II. The hearing will take place in Courtroom 1705 of the Richard B. Russell Federal Building located at 2211 United States Courthouse, 75 Ted Turner Drive, S.W., Atlanta, Georgia 30303- 3309.

**Each side shall submit prior to the start of the hearing, a proposedorder which includes findings of fact and conclusions of law for each motion being heard. Orders should be submitted by email to: sherri_lundy@gand.uscourts.gov.**

SO ORDERED, this 20th day of November, 2024.

_William M. Ray II_
WILLIAM M. RAY, II
UNITED STATES DISTRICT JUDGE