IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

**OTR Engineered Solutions, Inc.**

   Plaintiff(s),

CIVIL ACTION FILE
NO. 4:24-cv-186-WMR

**Blacksmith OTR, LLC**

   Defendant(s).

## AMENDED NOTICE OF HEARING

Notice is hereby given that the Court **RESCHEDULES** a hearing on the Motion to Dismiss or in the Alternative Motion to Consolidate [Doc 11] in this case to **now** occur on for Wednesday, January 15, 2025 at 9:30 a.m. before the Honorable William M. Ray, II. The hearing will take place in Courtroom 300 of the United States Courthouse located at 600 East First Street, **Rome**, Georgia 30161

**Each side shall submit prior to the start of the hearing, a proposed order which includes findings of fact and conclusions of law for each motion being heard. Orders should be submitted by email to: sherri_lundy@gand.uscourts.gov.**

SO ORDERED, this 8th day of January, 2025.

_William M. Ray II_
WILLIAM M. RAY, II
UNITED STATES DISTRICT JUDGE